B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

Case No. 08−25142

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Marion C Soriano
   fka Marion Gonzalez
   2516 W Charleston Apt. 1
   Chicago, IL 60647

Social Security No.:
   xxx−xx−8801

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    FOR THE COURT

Dated: January 6, 2009                              Kenneth S. Gardner, Clerk
                                                    United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon                Page 1 of 2                   Date Rcvd: Jan 06, 2009
Case: 08-25142                 Form ID: b18                 Total Served: 41


The following entities were served by first class mail on Jan 08, 2009.
db           +Marion C Soriano,    2516 W Charleston Apt. 1,    Chicago, IL 60647-4112
aty          +Peter L Berk,   Law Office of Peter L. Berk,    79 West Monroe,    Suite 900,
               Chicago, IL 60603-4914
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
12631357     +ADA I. ARIAS, M.D.,    520 E 22nd Street,    Lombard, IL 60148-6110
12631359     +Cap One,   Attn: C/O TSYS Debt Management,     Po Box 5155,    Norcross, GA 30091-5155
12631360     +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,   Sreator, IL 61364-0213
12631361     +Childrens Memorial Medical Center,    Suite 92611,    75 Remittance Dr.,    Chicago, IL 60675-1001
12631362     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12631364     +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
12631365     +Dsnb Macys,   Attn: Bankruptcy,     6356 Corley Rd,   Norcross, GA 30071-1704
12631366     +Early Intervention Central Billing,    PO Box 409168,    Chicago, IL 60640-9168
12631370     +Kca Financial Svcs,    Po Box 53,    Geneva, IL 60134-0053
12631371     +Malcolm S. Gerald and Assoc.,    332 South Michigan Ave.,    Suite 600,    Chicago, IL 60604-4318
12631373     +Medical Business Bureau,    1175 Devin Drive,    Suite 171,    Muskegon, MI 49441-6079
12631372     +Medical Business Bureau,    1460 Renaissance D,    Park Ridge, IL 60068-1331
12631375     +Medical Payment Center, Inc.,    PO Box 12442,    Fort Wayne, IN 46863-2442
12631377     +OSI Collection Services,    1375 East Woodfield Road,    Ste 110,    Schaumburg, IL 60173-5423
12631379     +Quest Diagnostics,    1290 Wall Street West,    Lyndhurst, NJ 07071-3683
12631378     +Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
12631380     +Resurrection Health Care,    St Joseph Hospital,    2900 N Lake Shore Drive,
               Chicago, IL 60657-6274
12631381     +Revenue Production Managment, Inc.,    P.O. Box 925,    Rosemont, IL 60018-0925
12631383     +SDS,    120 Bluegrass Valley Pkway,    Alpharetta, GA 30005-2204
12631382     +Saint Joseph Hospital,    135 S LaSalle 4588,    Chicago, IL 60674-0001
12631384     +Southwest Credit,    5910 W Plano Pkway Ste 100,    Plano, TX 75093-2202
12631386     +Trustmark Recovery Services,    541 Otis Bowen Drive,    Munster, IN 46321-4158
12631387     +UIC Pathology,    4810 Paysphere Circle,    Chicago, IL 60674-0048
12631389     +Univ of IL Med Center at Chicago,    1175 Devin Drive,    Suite 171,    Norton Shores, MI 49441-6079
12631388     +Univ of IL at Chicago Phys Group,    135 S LaSalle Box 3293,    Chicago, IL 60674-0001
12631390      Univ of Illinois Dept of Neurology,    Attn: ICS Collection Service,    PO Box 646,
               Oak Lawn, IL 60454-0646
12631391     +University of IL Med Cntr at Chicag,    Attn: Nationwide Credit & Collectn,    9919 Roosevelt Road,
               Westchester, IL 60154-2774
12631394     +West Asset Management,    Box 2348,    Sherman, TX 75091-2348
12631393     +West Asset Management,    PO Box 105478,    Atlanta, GA 30348-5478

The following entities were served by electronic transmission on Jan 07, 2009.
tr           +EDI: QPVMARTINO.COM Jan 07 2009 01:48:00      Philip V Martino, ESQ,
               DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,    Chicago, IL 60601-1264
12631358     +EDI: RMCB.COM Jan 07 2009 01:48:00      American Medical Collection Agency,
               2269 South Saw Mill River Road,    Building 3,    Elmsford, NY 10523-3848
12631362     +EDI: CITICORP.COM Jan 07 2009 01:48:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12631363     +EDI: CCS.COM Jan 07 2009 01:48:00      Credit Collection Services,    Two Wells Ave.,    Dept. 9134,
               Newton Center, MA 02459-3208
12631367     +EDI: RMSC.COM Jan 07 2009 01:48:00      GEMB / Old Navy,    C/O Recovery Management Systems Corp,
               Attn Ramesh Singh,    25 S.E. 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12631368     +E-mail/Text: bkynotice@harvardcollect.com                            Harvard Collection Services,
               4839 N Elston Ave.,    Chicago, IL 60630-2589
12631369     +EDI: HFC.COM Jan 07 2009 01:48:00      Hsbc/carsn,    Po Box 9068,    Brandon, FL 33509-9068
12631374     +E-mail/Text: tjordan@mcscol.com                            Medical Collections System,
               725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
12631376     +Fax: 847-227-2151 Jan 07 2009 05:19:55      Mrsi,    2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
12631385     +EDI: WTRRNBANK.COM Jan 07 2009 01:48:00      Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
12631392     +EDI: WFNNB.COM Jan 07 2009 01:48:00      Victoria's Secret,    Po Box 182125,
               Columbus, OH 43218-2125
12631394     +EDI: WESTASSET.COM Jan 07 2009 01:48:00      West Asset Management,    Box 2348,
               Sherman, TX 75091-2348
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: kseldon           Page 2 of 2              Date Rcvd: Jan 06, 2009
Case: 08-25142                Form ID: b18            Total Served: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2009**                        **Signature:**   *Joseph Speetjens*